# AFFIDAVIT OF SERVICE

| COUNTY: U.S. DISTRICT | CASE # 1:08-CV-309 | COURT |
|---|---|---|
| | Clt. Ref.# 108CV309 | Clt.# 17764 |

THE UNITED STATES OF AMERICA

VS
0.41 ACRES OF LAND, MORE OR LESS, SITUATED IN CAMERON COUNTY,
STATE OF TEXAS, AND EDUARDO BENAVIDES, ET. AL.

The documents came to hand for service on 06/11/09  Time: 09:30:00

Documents received for service:

**AMENDED COMPLAINT IN CONDEMNATION, AMENDMENT TO
DECLARATION OF TAKING, FIRST AMENDED NOTICE, ORDER ON
OPPOSED MOTION FOR IMMEDIATE POSSESSION**

The documents were delivered on **06/12/09**  **Time: 16:45:00**

Executed at: 22414 W. Hwy 281
             San Benito, TX 78586
to the following: **Garza, Alberto Jr.**

✓ PERSONALLY delivering the document(s) to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Fred R Rocha _____ ,am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: 60.00

Witness Fee Tendered: .00

Mileage: .00

*Fred R. Rocha* (signature)
Fred R Rocha
Texas Certification#: SCH-3070
Professional Civil Process Brownsville
P. O. Box 342467
Austin, TX 78734-0042

STATE OF TEXAS}

## VERIFICATION

On this day Fred R Rocha appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct.  Given my hand and seal of office this _19_ day of _June_ 200_9_.

PCP Inv. #R90600039   alfredr

AX02R90600039

NOTARY PUBLIC FOR THE STATE OF TEXAS

ELODIA RODRIGUEZ
Notary Public, State of Texas
My Commission Expires
December 29, 2010