United States District Court
Southern District of Texas
ENTERED

JUL 27 2009

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-08-309 |
| | § | |
| 0.41 ACRES OF LAND, more or less, situated in CAMERON COUNTY, STATE OF TEXAS; and EDUARDO BENAVIDES, ET AL., | § | |
|     Defendants. | § | |

# ORDER

Pending before the Court is the parties' Joint Motion to Extend Deadlines. (Docket No. 69). The parties' motion is hereby **GRANTED**. The following deadlines now apply to this case: expert designations and reports must be submitted by October 23, 2009. Parties have until December 1, 2009 to submit the reports of any rebuttal experts.

The discovery deadline in this action is set for January 15, 2010. Dispositive motions must be filed by January 15, 2010. Non-dispositive motions must be filed on or before February 12, 2010. A joint pre-trial order must be filed by February 12, 2010. This case is set for a final pretrial conference before this Court on March 30, 2010 at 1:30 p.m. Jury selection will be held at 9:00 a.m. on April 1, 2010.

Signed, this the 27th day of July, 2009.

Andrew S. Hanen
United States District Judge